UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

WILLIE CURTIS,

        Plaintiff,                    Case No. 1:22-cv-525

v.                                        Honorable Ray Kent

MATTHEW ENSING,

        Defendant.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   July 8, 2022                          /s/ Ray Kent
                                                            Ray Kent
                                                             United States Magistrate Judge